**United States Court of Appeals**
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith                                                                 In Replying Give Number
Clerk                                                                          Of Case and Names of Parties

January 13, 2025

**NOTICE TO COUNSEL OR PARTIES IN CASES LISTED BELOW:**

The following cases are scheduled for oral argument during the week of **May 12, 2025, IN ATLANTA, GEORGIA. COURT WILL BE HELD TUESDAY-FRIDAY OF THIS WEEK. COUNSEL WILL RECEIVE A FINAL CALENDAR APPROXIMATELY 6-8 WEEKS IN ADVANCE OF THE SESSION ASSIGNING A SPECIFIC DATE OF ORAL ARGUMENT. IF THERE ARE ANY PENDING RELATED APPEALS, COUNSEL SHOULD NOTIFY THE CLERK AS SOON AS POSSIBLE.** *Please note that after an appeal is assigned to a specific day for oral argument, any change in or addition to counsel in the appeal requires leave of court. See 11th Cir.R.34-4(e).*

If counsel has any insoluble scheduling conflicts which would interfere with argument during that week, please telephone this office **AS SOON AS POSSIBLE** at 404-335-6166 or email
**Jenifer_Tubbs@ca11.uscourts.gov**

**JENIFER TUBBS**
Court Sessions Supervisor

---

*PLEASE TELEPHONE THIS OFFICE IMMEDIATELY WITH ANY SCHEDULING REQUESTS. PLEASE REFER TO CALENDAR #15.*

| Case No. | Case Name |
|---|---|
| 22-13853 | Securities and Exchange Commission v. Michael Furman (REVISED ARGUMENT DATE) |
| 23-13027 | Securities and Exchange Commission v. Dean Vagnozzi (REVISED ARGUMENT DATE) |
| 23-12616 | Richard Burt v. President of University of Florida, et al. |
| 23-13069 | United States v. Jerome Miller, Jr. |
| 24-10567 | Britney Denton, et al. v. Board of Governors for the State University System of Florida, et al. |
| 22-14192 | United States v. Steven Chun, et al. |
| 24-10084 | Rani Bolton, et al. v. Inland Fresh Seafood Corporation of America, Inc., et al. |
| 24-10956 | Lashonda Peeples v. National Data Research, Inc. |
| 23-13942 | United States v. Ryan Reeves |
| 23-12884 | Tiana Hill v. Clayton County, Georgia, et al. |
| 24-10657 | United States v. Lesley Green |
| 22-11082 | Central Baptist Church of Albany Georgia Inc. v. Church Mutual Insurance Company |
| 24-10230 | Alpha Phi Alpha Fraternity, Inc., et al. v. Secretary, State of Georgia |
| 24-10231 | Coakley Pendergrass, et al. v. Secretary, State of Georgia |
| 24-10241 | Annie Grant, et al. v. Secretary, State of Georgia |
| 24-11733 | Walmart Inc. v. Chief Administrative Law Judge of the Office of the Chief Administrative Hearing Officer, et al. |