No. 24-10231

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

COAKLEY PENDERGRASS, *et al.*,

Plaintiffs-Appellants

v.

SECRETARY, STATE OF GEORGIA,

Defendant-Appellee

_____

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

_____

UNITED STATES' MOTION FOR WITHDRAWAL
OF BRIEF AS *AMICUS CURIAE*

_____

HARMEET K. DHILLON
  Assistant Attorney General

JESUS A. OSETE
  Principal Deputy Assistant Attorney
  General

DAVID N. GOLDMAN
  Attorney
  Department of Justice
  Civil Rights Division
  Appellate Section
  Ben Franklin Station
  P.O. Box 14403
  Washington, D.C. 20044-4403
  (202) 616-9405

*Pendergrass v. Secretary, State of Ga.*, No. 24-10231

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Eleventh Circuit Rules 26.1-1 to 26.1-3, counsel for amicus curiae United States hereby certifies that other than the persons and entities previously identified in the briefs filed in this matter there are no other persons or entities to identify.

s/ David N. Goldman  
DAVID N. GOLDMAN  
  Attorney

Date: November 20, 2025

Following the change in Administration, the Department of Justice has reconsidered the United States' position as set out in its Brief as Amicus Curiae in this case. To reflect this reconsideration, the United States respectfully moves the Court to allow the United States to withdraw its Brief as Amicus Curiae, filed on May 10, 2024, pursuant to Federal Rule of Appellate Procedure 27.

    Respectfully submitted,

    HARMEET K. DHILLON
     Assistant Attorney General

    JESUS A. OSETE
     Principal Deputy Assistant Attorney
     General

    s/ David N. Goldman
    DAVID N. GOLDMAN
     Attorney
     Department of Justice
     Civil Rights Division
     Appellate Section
     Ben Franklin Station
     P.O. Box 14403
     Washington, D.C. 20044-4403
     (202) 616-9405

Date: November 20, 2025

# CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 63 words, excluding the parts exempted by Federal Rule of Appellate Procedure 32(f).  This motion also complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E) and 32(a)(5)-(6) because it was prepared in Times New Roman 14-point font using Microsoft Word for Microsoft 365.

                                                s/ David N. Goldman
                                                DAVID N. GOLDMAN
                                                  Attorney

Date:  November 20, 2025